BMO HARRIS BANK N.A.
320 S. Canal St.
Chicago, IL 60606,

    Plaintiff,

v.

VAUGHN & SONS TRUCKING LLC
4648 Pfeiffer Court
Springfield, MO 65803,

and

SAMUEL ERIK VAUGHN
6088 N. Farm Road 105
Willard, MO 65781,

    Defendants.

Case No. 6:23-cv-03155-MDH

Civil Action

## DEFAULT JUDGMENT

Upon Defendants Vaughn & Sons Trucking LLC and Samuel Erik Vaughn's failure to plead or otherwise defend in this action; and Plaintiff BMO Harris Bank N.A.'s motion for default judgment as to Defendants Vaughn & Sons Trucking LLC and Samuel Erik Vaughn;

1. Judgment is entered in favor of Plaintiff BMO Harris Bank N.A and against Defendants Vaughn & Sons Trucking LLC and Samuel Erik Vaughn, in the amount of $917,453.64, with costs and interests.

**IT IS SO ORDERED.**

**Dated: August 15, 2023**
                                              /s/ Douglas Harpool
                                              **DOUGLAS HARPOOL**
                                              **United States District Judge**